THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
James Mario Hunter, Jr., Appellant.
 
 
 

Appeal From Lancaster County
 Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2007-UP-164
Submitted April 2, 2007  Filed April 12, 2007   

APPEAL DISMISSED

 
 
 
Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia; and James Mario Hunter, Jr., of Kershaw, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  James Mario Hunter, Jr., appeals his guilty plea to thirteen charges and sentence to an aggregate of ten years imprisonment.  His counsel contends the guilty plea was involuntary because it was conditioned on Hunters right to appeal.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hunters appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
 HUFF, BEATTY, and WILLIAMS, JJ., concur.        

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.